PER CURIAM.
Affirmed. Brandon v. Holt, 469 U.S. 464, 471, 105 S.Ct. 873, 878, 83 L.Ed.2d 878, 885 (1985); Spooner v. Department of Corrections, 514 So.2d 1077 (Fla.1987), cert. denied, — U.S. -, 109 S.Ct. 3184, 105 L.Ed.2d 693 (1989); Hill v. Department of Corrections, State of Florida, 513 So.2d 129 (Fla.1987), cert. denied, 484 U.S. 1064, 108 S.Ct. 1024, 98 L.Ed.2d 989 (1988); Cauley v. City of Jacksonville, 403 So.2d 379, 386 (Fla.1981); Circuit Court of Twelfth Judicial Circuit v. Department of Natural Resources, 339 So.2d 1113 (Fla.1976); City of Miami v. Bethel, 65 So.2d 34 (Fla.1953); Chapman v. Department of Health & Rehabilitative Servs., 517 So.2d 104 (Fla. 3d DCA 1987); §§ 768.28(1), (2), (5), (9), Fla.Stat. (1985).